FILED

2020 JAN 10 PM 3: 19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 20CR00021-GW |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1709: Theft of Mail by a Postal Service Employee] |
| ERIN ARNOLD, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 1709]

On or about October 2, 2019, in Los Angeles County, within the Central District of California, defendant ERIN ARNOLD, an employee of the United States Postal Service, stole, abstracted, and removed an article from the mail, namely, a $500 Visa gift card contained in

//
//
//
//
//
//

mail addressed to K.D. in Orange, New Jersey, which had come into her possession intended to be conveyed by the United States mail.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Acting Deputy Chief,
General Crimes Section

MATTHEW J. ROSENBAUM
Assistant United States Attorney
General Crimes Section